**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF RHODE ISLAND

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Alliance Security, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 36-4545114 |

4.   Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 60 Jefferson Park Road<br>Warwick, RI 02888 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Kent | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5.   Debtor's website (URL)      www.alliancesecurity.com

6.   Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Alliance Security, Inc.
        _____                    Case number (if known) _____
        Name

7.  Describe debtor's business    A. Check one:

        ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

        ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

        ☐ Railroad (as defined in 11 U.S.C. § 101(44))

        ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

        ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

        ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

        ■ None of the above


        B. Check all that apply

        ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

        ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

        ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))


        C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
           See http://www.uscourts.gov/four-digit-national-association-naics-codes.
           __5616__

8.  Under which chapter of the    Check one:
    Bankruptcy Code is the
    debtor filing?                ☐ Chapter 7

                                  ☐ Chapter 9

                                  ■ Chapter 11. Check all that apply:

                                        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
                                          are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

                                        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small
                                          business debtor, attach the most recent balance sheet, statement of operations, cash-flow
                                          statement, and federal income tax return or if all of these documents do not exist, follow the
                                          procedure in 11 U.S.C. § 1116(1)(B).

                                        ☐ A plan is being filed with this petition.

                                        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in
                                          accordance with 11 U.S.C. § 1126(b).

                                        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and
                                          Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the
                                          attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11
                                          (Official Form 201A) with this form.

                                        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

                                  ☐ Chapter 12

9.  Were prior bankruptcy         ■ No.
    cases filed by or against
    the debtor within the last 8  ☐ Yes.
    years?

    If more than 2 cases, attach a
    separate list.             District _____  When _____  Case number _____

                              District _____  When _____  Case number _____

10. Are any bankruptcy cases      ■ No
    pending or being filed by a
    business partner or an        ☐ Yes.
    affiliate of the debtor?

    List all cases. If more than 1,
    attach a separate list     Debtor _____  Relationship _____

                              District _____  When _____  Case number, if known _____

Debtor  Alliance Security, Inc.                                          Case number (if known) _____
         _____
         Name

**11. Why is the case filed in this district?**  *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.  Insurance agency   _____
          Contact name      _____
          Phone             _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Alliance Security, Inc. | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 13, 2017
               MM / DD / YYYY

X  /s/ Jasjit Gotra                                      Jasjit Gotra
Signature of authorized representative of debtor          Printed name

Title    President, CEO

18. **Signature of attorney**

X  /s/ William J. Delaney, Esq.                     Date  July 13, 2017
Signature of attorney for debtor                          MM / DD / YYYY

William J. Delaney, Esq.
Printed name

The Delaney Law Firm LLC.
Firm name

91 Friendship Street
Suite One
Providence, RI 02903
Number, Street, City, State & ZIP Code

Contact phone    401-454-8000        Email address

3643
Bar number and State