UNITED STATE BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

Alliance Security, Inc.  BK 17-_11190_
Debtor-In-Possession  CHAPTER 11

## APPLICATION TO EMPLOY COUNSEL

The application of Alliance Security, Inc., Debtor-In-Possession ("Debtor"), respectfully represents:

1. On July 14, 2017, the Debtor filed a petition herein under Chapter 11 of the Bankruptcy Code;

2. Debtor has continued in possession of its property and is continuing to operate its business as a debtor-in-possession pursuant to U.S.C. §§ 1107 and 1108 of the Bankruptcy Code;

3. Debtor, wishes to employ William J. Delaney and the law firm of DarrowEverett LLP ("Counsel"), which firm is comprised of attorneys duly admitted to practice before this Court;

4. Debtor has selected said attorneys for the reason that they have experience in Chapter 11 matters and believe that they are qualified to represent it as a debtor-in-possession in this proceeding;

5. The professional services that said attorneys are to render include:

   a. To give the Debtor advice with respect to its powers and duties as Debtor in possession in the continued operation of its business, management of its property and reorganization;

1

10. As set forth in the Retainer Agreement, the Debtor has agreed that Counsel will earn the "Retainer" as defined therein upon payment, but such compensation and reimbursement of expenses is subject to allowance by the Court upon appropriate application and after notice and hearing.

11. Debtor believes that the employment of DarrowEverett LLP would be in the best interest of the debtor and its creditors.

WHEREFORE, the Debtor prays that it be authorized to employ and appoint William J. Delaney and the law firm of DarrowEverett LLP to represent it as Debtor-In-Possession in this proceeding under Chapter 11 of the Bankruptcy Code at a rate of compensation and in an amount to be determined by the Court.

Alliance Security, Inc.

/s/ Jayjit Gotra, President

Within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other accepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

I hereby certify that on July 4, 2017, I electronically filed this document with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System or by first class mail postage prepaid to the attached Matrix.

/s/ William Delany

4

Alarm.com, Inc.
Dept. Ch 19481
Palatine, IL 60055-9481

Blue Cross & Blue Shield of RI
PO Box 1057
Providence, RI 02901

Career Education Corp.
PO Box 71674
Chicago, IL 60694-1674

Datagenius Software Labs
1st Floor, 28D
Acheron Drive
Riccarton, Christchurch 8041
New Zealand

Delta Dental
PO Box 845247
Boston, MA 02284-5247

DiSanto Priest & Co.
117 Metro Center Blvd.
Suite 3000
Warwick, RI 02886-1777

Fedex – 4323
PO Box 371461
Pittsburgh, PA 15250-7461

Fedex – 5273
4000 Parkway
Suite #400
San Ramon, CA 94583

Hubspot
(No Address Given)

J&R Marketing
PO Box 19173
Johnston, RI 19173

Liberty Mutual Insurance – 2080
PO Box 2051
Keene, NH 03431-7051

LINEAR_V
1950 Camino Vida Robe
Suite #150
Carlsbad, CA 92008-6517

RingCentral, Inc.
Attn: Accounting Dept.
Dept. Ch. 19585
Palatine, IL 60055-9585

Safe Monitoring Technologies
PO Box 660826
Dallas, TX 75266-0826

Spilman Thomas & Battle
Attn: Accounts Receivable
300 Kanawha Blvd. East
PO Box 273
Charleston, WV 25321-0273

TransUnion-0066
PO Box 99506
Chicago, IL 60693-9506

Tri-Ed-7555
Northern Video Distribution
PO Box 402433
Atlanta, GA 30384-2433

Venable LLP
PO Box 67727
Baltimore, MD 21264-2727

Year Up, Inc.
Attn: Accounts Receivable
45 Milk Street
Boston, MA 02109

AmEx
PO Box 1270
Newark, NJ 07101-1270

BofA CC
PO Box 105576
Atlanta, GA 30348-5576