UNITED STATE BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

Alliance Security, Inc.  BK 17-11190
Debtor-In-Possession  CHAPTER 11

### AFFIDAVIT OF PROPOSED ATTORNEY

I, William J. Delaney, on oath depose and say:

1. I am an attorney and counselor at law and I am duly admitted to practice in the State of Rhode Island and in this Court.

2. I maintain an office for practice of law at 1 Turks Head Place, Suite 1200, Providence, Rhode Island 02903.

3. To the best of my knowledge, I and the members of my firm are disinterested and have no connection with the above-named debtor, its creditors, or any other party in interest therein or their respect attorneys except as follows:

    a. This firm has been corporate counsel for the Debtor pre-petition.

/s/ William J. Delaney

Subscribed and sworn to before me this 14th day of July, 2017.

/s/ C. Michelle Aronhalt
Notary Public
My commission expires: 3/27/19

State Of Rhode Island
C. Michelle Aronhalt - Notary Public
Commission No. 44240
My Commission Expires 3/27/2019