# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

---

In Re: Alliance Security, Inc.  Case Number: 1:17-bk-11190  Ch: 11

**MOVANT/APPLICANT/PARTIES:**

Debtor's Partially Consented to Motion to Continue Hearing ("Motion," Doc. #728)

**OUTCOME:**

__ Granted     __ Denied     __ Approved     __ Sustained

__ Moot     __ Denied without prejudice     __ Withdrawn in open court     __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

For the reasons stated on the record at the hearing held on December 13, 2018, the Motion is granted and the evidentiary hearing is continued to January 11, 2019. The evidentiary hearing will be limited to the issue of whether there is an absence of a likelihood of rehabilitation under § 1112(b)(4)(A). By January 9, 2019, the Debtor shall file its December monthly operating report and a supplemental report for the period of January 1, 2019 to January 7, 2019.

IT IS SO ORDERED:

*Diane Finkle*   Dated: 12/14/18

Diane Finkle, U.S. Bankruptcy Judge