# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re<br>**Alliance Security Inc.**<br>   Debtor | Case No. 1:17-bk-11190 (DF)<br>Chapter 11 |

      Contingent Creditor, the Federal Trade Commission ("FTC" or "Commission") hereby moves for a temporary stay of its pending motion to dismiss or convert the bankruptcy, which is presently set for an evidentiary hearing to be held on January 11, 2018.  In support of this motion, counsel for the FTC states as follows:

1.      At the end of the day on December 21, 2018, appropriations for the FTC expired. The FTC had sufficient carryover funds to continue operating through midnight on December 28. After that, the agency lacks appropriated funding, and does not know when funding will be restored.

2.      Absent an appropriation, FTC attorneys are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.      Undersigned counsel for the FTC therefore requests that the Court stay all deadlines for the FTC's pending motion to dismiss or convert the bankruptcy, including the evidentiary hearing, until Congress has restored appropriations to the FTC.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the FTC. The Commission requests that, at that point, all

current deadlines for the FTC's motion to dismiss or convert the bankruptcy be extended commensurate with the duration of the lapse in appropriations.

5.	Counsel for Debtor, the U.S. Trustee's Office, and the Creditors Committee have authorized counsel for the FTC to state that Debtor has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves to stay its motion to dismiss or convert the bankruptcy, and all associated deadlines, until FTC attorneys are permitted to resume their usual civil litigation function

Dated: December 31, 2018                    Respectfully submitted,

                                            /s/ Ian L. Barlow
                                            Ian L. Barlow (DC Bar. No. 998500)
                                            Federal Trade Commission
                                            600 Pennsylvania Ave., NW
                                            CC-9528
                                            Washington, D.C. 20580
                                            Telephone: (202) 326-3120
                                            Facsimile: (202) 326-3395
                                            E-Mail: ibarlow@ftc.gov
                                            *Attorney for Federal Trade Commission*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 31, 2018, I electronically filed the foregoing Notice of Appearance in the above-captioned matter with the Clerk of the Bankruptcy Court for the District of Rhode Island using the Court's electronic filing CM/ECF system.  The following participants receive notice electronically:

Patricia Antonelli on behalf of Creditor Monitronics International, Inc.
pantonelli@cgdalaw.com, admin@cgdalaw.com

James G. Atchison on behalf of Debtor Alliance Security, Inc.
jatchison@shslawfirm.com, bkdept@shslawfirm.com

James G. Atchison on behalf of Defendant Alliance Security, Inc.
jatchison@shslawfirm.com, bkdept@shslawfirm.com

James G. Atchison on behalf of Plaintiff Alliance Security, Inc.
jatchison@shslawfirm.com, bkdept@shslawfirm.com

Steven J. Boyajian on behalf of Creditor Committee Official Committee of Unsecured Creditors of Alliance Security, Inc.
sboyajian@rc.com, bvucci@rc.com

Jon R. Brakke on behalf of Creditor Western Equipment Finance, Inc.
jbrakke@vogellaw.com, jnona@vogellaw.com

Thomas E. Carlotto on behalf of Debtor Alliance Security, Inc.
tcarlotto@shslawfirm.com

Gary L. Donahue
ustpregion01.pr.ecf@usdoj.gov

Peter J. Furness on behalf of Creditor Nortek Security & Control, LLC
peter@rhf-lawri.com, kristin@rhf-lawri.com;kristen@rhf-lawri.com

Richard L. Gemma on behalf of Creditor Bank of America, NA
rgemma@wdglaw.com, mgomes@wdglaw.com

Richard L. Gemma on behalf of Interested Party PNC Equipment Finance, LLC, successor by assignment to ECN Financial, LLC
rgemma@wdglaw.com, mgomes@wdglaw.com

Peter M. Iascone on behalf of Defendant Aurelio Debernard
pmiascone.law@gmail.com, peteri@iasconelaw.com;ericac@iasconelaw.com

Peter M. Iascone on behalf of Defendant Darryl Israel
pmiascone.law@gmail.com, peteri@iasconelaw.com;ericac@iasconelaw.com

Peter M. Iascone on behalf of Defendant Derek Isola
pmiascone.law@gmail.com, peteri@iasconelaw.com;ericac@iasconelaw.com

Peter M. Iascone on behalf of Defendant Isai Tellez
pmiascone.law@gmail.com, peteri@iasconelaw.com;ericac@iasconelaw.com

Peter M. Iascone on behalf of Defendant Ismael Tellez
pmiascone.law@gmail.com, peteri@iasconelaw.com;ericac@iasconelaw.com

Peter M. Iascone on behalf of Defendant Jacob Fisher
pmiascone.law@gmail.com, peteri@iasconelaw.com;ericac@iasconelaw.com

Peter M. Iascone on behalf of Defendant Joseph Fortin
pmiascone.law@gmail.com, peteri@iasconelaw.com;ericac@iasconelaw.com

Peter M. Iascone on behalf of Defendant Kelly Gibbs
pmiascone.law@gmail.com, peteri@iasconelaw.com;ericac@iasconelaw.com

Peter M. Iascone on behalf of Defendant Kendrick Spencer
pmiascone.law@gmail.com, peteri@iasconelaw.com;ericac@iasconelaw.com

Peter M. Iascone on behalf of Defendant Marcus E. Mack
pmiascone.law@gmail.com, peteri@iasconelaw.com;ericac@iasconelaw.com

Peter M. Iascone on behalf of Defendant Steve McKinney
pmiascone.law@gmail.com, peteri@iasconelaw.com;ericac@iasconelaw.com

Katherine E. Johnson on behalf of Interested Party Federal Trade Commission
kjohnson3@ftc.gov

Lisa M. Kresge on behalf of Creditor Career Education Corporation
lkresge@brcsm.com, jlawson@brcsm.com

Linda S. LaRue on behalf of Creditor Monitronics International, Inc.
llarue@qslwm.com, nchancellor@qslwm.com

Lynda L. Laing on behalf of Creditor TD Auto Finance LLC
lynn@straussfactor.com, straussfactorlaw@cs.com

Elizabeth A. Lonardo on behalf of Creditor BMW Financial Services NA, LLC

elonardo@smsllaw.com, bsiter@smsllaw.com;lonardoer80313@notify.bestcase.com

John T. Longo on behalf of Interested Party Abante Rooter and Plumbing, Inc.
jtlongo@citadelpc.com, jtlongo@yahoo.com;jstorm@citadelpc.com

John T. Longo on behalf of Interested Party Mark Hankins
jtlongo@citadelpc.com, jtlongo@yahoo.com;jstorm@citadelpc.com

John T. Longo on behalf of Interested Party Philip Charvat
jtlongo@citadelpc.com, jtlongo@yahoo.com;jstorm@citadelpc.com

Vincent A Lucas
vincentlucaslegal@gmail.com, vincentlucaslegal@gmail.com

David A. Mawhinney on behalf of Creditor Nortek Security & Control, LLC
david.mawhinney@klgates.com

Matthew P. McCue on behalf of Interested Party Abante Rooter and Plumbing, Inc.
mmccue@massattorneys.net, mmccue@massattorneys.net

Matthew R. McGuigan on behalf of Creditor Mill Stone Legal Group, LLC
mmcguigan@millstonelegal.com, mmcg16@yahoo.com

Matthew R. McGuigan on behalf of Creditor Shane Meyers
mmcguigan@millstonelegal.com, mmcg16@yahoo.com

E. B. McLeod, III on behalf of Creditor South Carolina Department of Employment and Workforce
tmcleod@dew.sc.gov, ecf@dew.sc.gov

Emily J Migliaccio on behalf of Creditor Monitronics International, Inc.
emigliaccio@cgdalaw.com

Martin A. Mooney on behalf of Creditor TD Auto Finance LLC
Ahight@schillerknapp.com, kcollins@schillerknapp.com;Tshariff@schillerknapp.com;cmack@schillerknapp.com

Christopher J. Moser on behalf of Creditor Monitronics International, Inc.
cmoser@qslwm.com, nchancellor@qslwm.com

Sandra Nicholls on behalf of Assistant U.S. Trustee Gary L. Donahue
sandra.nicholls@usdoj.gov

Anthony I. Paronich on behalf of Interested Party Abante Rooter and Plumbing, Inc.
anthony@broderick-law.com, ted@broderick-law.com

Anthony I. Paronich on behalf of Interested Party Mark Hankins
anthony@broderick-law.com, ted@broderick-law.com

Anthony I. Paronich on behalf of Interested Party Philip Charvat
anthony@broderick-law.com, ted@broderick-law.com

Amanda M. Perry on behalf of Creditor Mercedes-Benz Financial Services USA, LLC
amperry@dioriolaw.com, jmpagano@dioriolaw.com

Gregory P. Sorbello on behalf of Defendant Aurelio Debernard
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Defendant Darryl Israel
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Defendant Derek Isola
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Defendant Isai Tellez
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Defendant Ismael Tellez
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Defendant Jacob Fisher
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Defendant Joseph Fortin
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Defendant Kelly Gibbs
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Defendant Kendrick Spencer
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Defendant Marcus E. Mack
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Defendant Steve McKinney
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Interested Party Aurelio Debernard
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Interested Party Darryl Israel

gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Interested Party Derek Isola
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Interested Party Isai Tellez
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Interested Party Ismael Tellez
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Interested Party Jacob Fisher
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Interested Party Joseph Fortin
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Interested Party Kelly Gibbs
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Interested Party Kendrick Spencer
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Interested Party Marcus E. Mack
gregsorbello@gmail.com, ericac@iasconelaw.com

Gregory P. Sorbello on behalf of Interested Party Steve McKinney
gregsorbello@gmail.com, ericac@iasconelaw.com

Tatyana P. Tabachnik on behalf of Creditor JPMorgan Chase Bank, N. A.
bankruptcyNE@orlans.com, ttabachnik@orlans.com;ANHSOM@4stechnologies.com

Tatyana P. Tabachnik on behalf of Creditor JPMorgan Chase Bank, National Association
bankruptcyNE@orlans.com, ttabachnik@orlans.com;ANHSOM@4stechnologies.com

Timothy A. York on behalf of Creditor Monitronics International, Inc.
tyork@qslwm.com, nchancellor@qslwm.com

Timothy A. York on behalf of Defendant Monitronics International, Inc.
tyork@qslwm.com, nchancellor@qslwm.com

**The following parties have been served upon their request for notice via pre-paid, first class mail:**

BMW Financial Services NA, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Daniel S. Blynn
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

Eboney Cobb on behalf of Creditor Richardson Independent School District
Perdue, Brandon, Fielder, Collins & Mott
500 E. Border Street
Suite 640
Arlington, TX 76010

IBM Credit LLC
Peter Brown
Special Handling Group
7100 Highlands Pkwy
Smyrna, GA 30082

Internal Revenue Service
Insolvency Unit 4th Floor
380 Westminster Street
Providence, RI 02903

Marie Josee Dube
International Business Mgmt Corp
275 Viger East Montreal
Quebec H2X 347

Office of Unemployment Compensation Tax Services
Commonwealth of Pennsylvania
Department of Labor and Industry
651 Boas Street Room 702
Harrisburg, PA 17121

RI Division of Taxation
Bankruptcy Unit
Chief Collection Section
One Capitol Hill
Providence, RI 02903

Security Systems, Inc.
1125 Middle Street
Middletown, CT 06457

State of RI - Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920

Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictions
Office of Attorney General
Bankruptcy and Collections Division MC00
PO Box 12548
Austin, TX 78711-2548

                                            /s/ Ian Barlow
                                            Ian Barlow