# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

In re:

**ALLIANCE SECURITY, INC.**

Debtor.

Chapter 11
Case No. 17-11190

## CONSENTED TO MOTION TO CONTINUE EVIDENTIARY HEARING

NOW COMES Debtor-in-Possession Alliance Security, Inc. ("Debtor"), and hereby respectfully requests this Honorable Court continue the evidentiary hearing on the U.S. Trustee's ("Trustee") Motion to Convert Chapter 11 Case to Chapter 7 (Doc. No. 663, the "Motion to Convert"), the Federal Trade Commission's ("FTC") Objections to Debtor's Disclosure Statement and Plan and Motion to Dismiss or Convert Chapter 11 Case (Doc. No. 595, the "Motion to Dismiss"), and the Objections to the Motion to Convert and Motion to Dismiss filed by the Debtor and the Official Committee of Unsecured Creditors (the "Committee") for thirty (30) days, from January 31, 2019, to March 4, 2019, or such date that is convenient to the Court. In support thereof Debtor states as follows:

1. Contemporaneous with the filing of this motion, Debtor filed its Motion to sell substantially all of Debtor's assets, approve the assumption and assignment of certain executory contracts and leases, and for related relief.

2. If the proposed sale is approved, Debtor will terminate its business operations post-closing.

3. Debtor does not anticipate there will be any substantial losses or diminution in value of the Debtor's estate during this thirty day period.

4. Counsel for the Trustee, FTC, and Committee have consented to this Motion.

1

**WHEREFORE**, Debtor prays that the Court grant this Motion and (i) continue the evidentiary hearing on the Motion to Convert and Motion to Dismiss for thrity days, until March 4, 2019, or to a date convenient to the Court; and (ii) grant such other relief as may be just and proper.

                                              Respectfully submitted:

                                              ALLIANCE SECURITY, INC.
                                              By its attorney,

                                              /s/ *James G. Atchison*
                                              James G. Atchison, Esq. (#7682)
                                              Atchison Law Office
                                              301 Providence Street
                                              West Warwick, RI 02893
                                              Tel:  (401) 272-1400
                                              james.atchison@gmail.com

Dated: January 29, 2019

## CERTIFICATE OF SERVICE

I, James G. Atchison, hereby certify that on January 29, 2019, I electronically filed the foregoing Motion with the United States Bankruptcy Court for the District of Rhode Island using the CM/ECF System and that paper copies will be sent to those indicated as non-registered participants on this date.

VIA FIRST CLASS MAIL:

BMW Financial Services NA, LLC
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX 75016

Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott
500 E. Border Street
Suite 640
Arlington, TX 76010

IBM Credit LLC
Peter Brown
Special Handling Group
7100 Highlands Pkwy
Smyrna, GA 30082

Internal Revenue Service Insolvency Unit
4th Floor
380 Westminster Street
Providence, RI 02903

Marie Josee Dube
International Business Mgmt Corp
275 Viger East Montreal
Quebec H2X 347

Office of Unemployment Compensation Tax Srvcs.
Commonwealth of Pennsylvania
Department of Labor and Industry
651 Boas Street Room 702
Harrisburg, PA 17121

RI Division of Taxation
Bankruptcy Unit
Chief Collection Section
One Capitol Hill
Providence, RI 02903

Security Systems, Inc.
1125 Middle Street
Middletown, CT 06457

State of RI - Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920

Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictions
Office of Attorney General
Bankruptcy and Collections Division MC00
PO Box 12548
Austin, TX 78711-2548

/s/ *James G. Atchison*