UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:  Alliance Security Inc.                                    Bankruptcy No.: 17-11190
                                                                 Chapter 7

        Debtor

**AMENDED**

ORDER TERMINATING THE AUTOMATIC STAY

Upon the Affidavit of Default of creditor, TD Auto Finance LLC pursuant to the terms of the Order Granting Relief from Stay dated February 12, 2019 and upon the failure of the debtor to remain current in their financial obligations to TD Auto Finance LLC and due deliberation of the foregoing having been had, and good and sufficient cause appearing therefore.

Now, upon Affidavit of Default of TD Auto Finance LLC by its counsel, Lynda L. Laing Esquire, it is hereby

ORDERED, that the automatic stay instituted by the filing of a petition for an order for relief by debtor, above named, be and the same hereby is modified in that it shall not apply to any action by secured credit, TD Auto Finance LLC to repossess the 2016 Mercedes-Benz M1PV126 (V.I.N. ending #1254); and it is further

ORDERED, that all surplus monies, if any, obtained by TD Auto Finance LLC after liquidation of the collateral and satisfaction of its lien, shall be remitted to the Trustee.

In Re: Alliance Security Inc.                                              BK # 17-11190


DATED:        2/20/2020                    .
              Providence, Rhode Island


                                    _Diane Finkle_____
                                    Diane Finkle
                                    U.S. Bankruptcy Court Judge
                                    District of Rhode Island


                              CERTIFICATION

        I hereby certify that on February 18, 2020, I electronically filed the Affidavit and Order Terminating

the Stay with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.

The following participants have received notice electronically; Office of the US Trustee, James Atchison,

Esquire; John Longo, Esquire, Matthew McCue, Esquire, Anthony Paronich, Esquire, Elizabeth Lonardo,

Esquire, Richard Gemma, Esquire, Richard Land, Esquire, Lisa Kresge, Esquire, Gregory Sorbello, Esquire,

Sandra Nicholls, Esquire, Ian Barlow, Esquire, Katherine Johnson, Esquire, Thomas Quinn, Esquire,

Michael Swain, Esquire, Tatyana Tabachnik, Esquire, Vincent Lucas, Esquire, Amanda Perry, Esquire,

Matthew McGuigan, Esquire, Patricia Antonelli, Esquire, Linda LaRue, Esquire, Emily Migliaccio,

Esquire, Christopher Moser, Esquire, Timothy York, Esquire, Peter Furness, Esquire, David Mawhinney,

Esquire, Steven Boyajian, Esquire, Charles Pisaturo, Jr, Esquire, E.B. McLeod III, Esquire, Martin Mooney,

Esquire, John Mark Stern, Esquire, Jon Brakke, Esquire, and I hereby certify that I have mailed by United

States Postal Service, postage prepaid, the document and a copy of the Notice of Electronic Filing to the

following:

Alliance Security, Inc.
85 Garfield Street
Cranston, Rhode Island  02920


                              _____/s/ Lynn Morrison_____
                              Lynn Morrison
                                       4