**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In re:  Alliance Security, Inc.,                                          BK No: 17-11190
　　　　Debtor                                                             Chapter 7

**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH A COURT ORDER**
**(this relates to Doc. #956)**

On February 6, 2020, the Court entered an Order ("Reporting Order") (Doc. #956) requiring the Debtor to file a final report and account by February 28, 2020 and outstanding monthly operating reports by February 21, 2020. The Debtor has failed to comply with the Reporting Order. Accordingly, the Debtor is hereby ***ORDERED TO SHOW CAUSE IN WRITING*** by March 18, 2020, why sanctions should not be imposed against the Debtor, its principals Jasjit Gotra and Brian Fabiano and Debtor's counsel, for failure to comply with the Reporting Order. If the Debtor files these documents by March 18, 2020, the Court will release the show cause order. If the Debtor fails to file these documents by said date, the Court will hold a hearing on the issuance of sanctions on March 25, 2020 at 10:00 a.m.

Dated: March 5, 2020                                    By the Court,

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Diane Finkle  03/05/2020
　　　　　　　　　　　　　　　　　　　　　　　　　　　Diane Finkle
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge