## Order to Show Cause Why Sanctions Should Not be Imposed

**Re:** Alliance Security, Inc.  
    Debtor

BK No:17-11190  
Chapter 7

Response to Doc. #956

Both principals, Jasjit Gotra and Brian Fabiano had no direct access to the reports asked from the courts. Currently neither principals work for Safe Home. We have still stayed involved and worked with Safe Home to produce the reports the courts have asked for. We have provided all of this information to James Atchinson as early as yesterday in order to ensure that the courts received what they were seeking for.

I would ask that the courts do not take any adverse actions against the principals as we have done everything in good faith to provide what the court is seeking for.

Dated: March 18, 2020

Jasjit Gotra  
Debtor

Brian Fabiano  
Debtor