# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

---

In Re: Alliance Security, Inc.    Case Number: 1:17-bk-11190    Ch: 7

**MOVANT/APPLICANT/PARTIES:**

Order to Show Cause (Doc. #963)
Response (Doc. #968)

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

After a hearing held on March 25, 2020 on the Order to Show Cause and the Response, with counsel for the Debtor and the United States Trustee present, and for the reasons stated on the record, the Court orders as follows. The Debtor shall comply with the Reporting Order (Doc. #956) by filing a final report and account by Friday, March 27, 2020. Failure to comply with this order may result in the imposition of sanctions against the Debtor, its principals, and its counsel.

IT IS SO ORDERED:

_Diane Finkle_    Dated: 3/25/20

Diane Finkle, U.S. Bankruptcy Judge