**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re:<br><br>**ALLIANCE SECURITY, INC.**<br><br>Debtor. | Chapter 11<br>Case No. 17-11190 |

**DEBTOR'S POST-CONVERSION REPORT**

Pursuant to Fed. R. Bankr. P. 1019(5) and this Court's Order Compelling Debtor to Produce Documents (Doc. No. 956), Debtor Alliance Security, Inc. (the "Debtor") files its Post-Conversion Report setting forth its: (1) the total amount of funds which passed through the estate, if any; (2) a schedule of funds disbursed (i.e. employee wages, operating expenses, taxes, professional fees); (3) the balance on hand on the date of conversion; and (4) if the debtor operated a business, the report shall also include a list of the assets in the possession of the trustee/debtor at the time of conversion, including any inventory, equipment, real property, fixtures, accounts receivable, etc.

**I.    The Total Amount of Funds That Passed Through the Estate**

Debtor incorporates by reference the Schedule of Receipts and Disbursements filed with its Monthly Operating Reports for July 2017-January 2020.

**II.   Schedule of Funds Disbursed**

Debtor incorporates by reference the Schedule of Receipts and Disbursements filed with its Monthly Operating Reports for July 2017-January 2020.

**III.  Balance on Hand on the Date of Conversion**

Debtor had $500,560.84 cash on hand when this case was converted to a Chapter 7 proceeding on January 30, 2020.

**IV.   List of Assets in Debtor's Possession on the Date of Conversion**

The Debtor closed on the sale of substantially all of its assets ("Sale") to Security Systems, Inc.

1

on July 1, 2019, with an effective sale date of June 30, 2019, and terminated its business operations effective July 1, 2019. The following assets were excluded from the Sale.

    (i)    all of Debtor's tax refunds of any kind or nature due and owing from any taxing authorities;

    (ii)    life insurance policies owned by Debtor and any cash surrender value therein;

    (iii)    Debtor's pre-paid deposits;

    (iv)    Debtor's unearned insurance premiums;

    (v)    bankruptcy or non-bankruptcy claims or causes-of-action held by Debtor or Debtor's estate, either known or unknown;

    (vi)    Debtor's employee benefit plans or policies, including Debtor's, retirement plans, and any contracts, documents, or agreements related thereto;

    (vii)    all shares of capital stock or other equity interests of Debtor; and

    (viii)    Debtor's executory contracts or leases not expressly assumed and assigned by Debtor, specifically:

        a. Real Estate lease for 33 Broad Street, 3rd Floor, Providence, RI;

        b. Lease for miscellaneous office equipment located at 33 Broad Street, 3rd Floor, Providence, RI 02903; and

        c. 2016 Mercedes-Benz M1PV126 (Vin ending # 1254).

        Respectfully submitted:

        ALLIANCE SECURITY, INC.
        By its attorney,

        /s/ *James G. Atchison*
        James G. Atchison, Esq. (#7682)
        Atchison Law Office
        301 Providence Street
        West Warwick, RI 02893
        Tel:    (401) 222-9374

Dated: March 27, 2020        James.atchison@gmail.com

# **CERTIFICATE OF SERVICE**

I, James G. Atchison, hereby certify that on March 27, 2020, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Rhode Island using the CM/ECF System and that paper copies were sent to those indicated as non-registered participants on that date.

VIA FIRST CLASS MAIL:

BMW Financial Services NA, LLC
c/o Ascension Capital Group
P.O. Box 165028
Irving, TX 75016

Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott
500 E. Border Street
Suite 640
Arlington, TX 76010

IBM Credit LLC
Peter Brown
Special Handling Group
7100 Highlands Pkwy
Smyrna, GA 30082

Internal Revenue Service Insolvency Unit
4th Floor
380 Westminster Street
Providence, RI 02903

Marie Josee Dube
International Business Mgmt Corp
275 Viger East Montreal
Quebec H2X 347

Office of Unemployment Compensation Tax Srvcs.
Commonwealth of Pennsylvania
Department of Labor and Industry
651 Boas Street Room 702
Harrisburg, PA 17121

RI Division of Taxation
Bankruptcy Unit
Chief Collection Section
One Capitol Hill
Providence, RI 02903

Security Systems, Inc.
1125 Middle Street
Middletown, CT 06457

State of RI - Labor and Training
Legal Department
Bldg 72 3rd Floor
1511 Pontiac Avenue
Cranston, RI 02920

Texas Comptroller of Public Accounts on behalf of
the State of Texas and Local Sales Tax Jurisdictions
Office of Attorney General
Bankruptcy and Collections Division MC00
PO Box 12548
Austin, TX 78711-2548

/s/ *James G. Atchison*