*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Alliance Security, Inc.                       BK No. 1:17−bk−11190

Debtor(s)                                            Chapter 7

---

### NOTICE TO CHAPTER 7 TRUSTEE

The above referenced bankruptcy case has been inactive for a period of more than six months and is presently in the status of "Awaiting Trustee's Report". Please review the above case and file the appropriate report:

   *Trustee's No Asset Report
   *Trustee's Notice of Assets
   *Trustee's Report Before Distribution
   *Trustee's Report After Distribution
   *Status Report

The deadline for filing the report is thirty days from the date of this Notice.

/s/ Susan M. Thurston
Clerk, U.S. Bankruptcy Court

Date: **1/10/22**

Entered on Docket: **1/10/22**
Document Number: **1044**

300.jsp

---