**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**
**Rhode Island DIVISION**

In re: ALLIANCE SECURITY, INC.                §          Case No. 17-11190
                                                                   §
                                                                   §
                                                                   §
_____Debtor(s)_____

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Charles A. Pisaturo, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:  $35,400.00 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $731,398.88 | |

3) Total gross receipts of $766,798.88 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $766,798.88 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,889,296.25 | $1,782,413.44 | $35,000.00 | $35,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $180,969.16 | $180,969.16 | $180,969.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $1,321,132.66 | $657,986.76 | $550,429.72 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $22,019.53 | $22,019.53 | $400.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $6,968,781.54 | $47,185,866.25 | $47,067,625.64 | $0.00 |
| **TOTAL DISBURSEMENTS** | $9,858,077.79 | $50,492,401.04 | $47,963,601.09 | $766,798.88 |

4) This case was originally filed under chapter 7 on 07/14/2017, and it was converted to chapter 7 on 01/30/2020.  The case was pending for 64 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    06/02/2025

By: /s/ Charles  A. Pisaturo, Jr.

Trustee , Bar No.: 4615

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R 90 days old or less. Face amount = $1,900,00 | 1121-000 | $340.64 |
| Refunds | 1229-000 | $15,057.35 |
| Adversary Proceeding vs Gotra, et al | 1241-000 | $250,000.00 |
| Funds on Deposit | 1290-000 | $567.42 |
| Unclaimed Property Division Claim | 1290-000 | $833.47 |
| Funds Turned Over in Converted Case | 1290-010 | $500,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$766,798.88** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | TD Auto Finance LLC | 4110-000 | $0.00 | $34,819.37 | $0.00 | $0.00 |
| 53S | Monitronics International, Inc. | 4110-000 | $0.00 | $1,560,000.00 | $35,000.00 | $35,000.00 |
| 61 | Richardson Independent School District | 4110-000 | $0.00 | $206.49 | $0.00 | $0.00 |
| 62S | State of New Jersey | 4110-000 | $0.00 | $3,300.00 | $0.00 | $0.00 |
| 64S | PNC Equipment Finance, LLC | 4110-000 | NA | $92,043.79 | $0.00 | $0.00 |
| 64S-2 | PNC Equipment Finance, LLC | 4110-000 | $0.00 | $92,043.79 | $0.00 | $0.00 |
| N/F | Monitronics Funding LP | 4110-000 | $2,800,000.00 | NA | NA | NA |
| N/F | PNC Equipment Finance LLC | 4110-000 | $89,296.25 | NA | NA | NA |
| | **TOTAL SECURED** | | **$2,889,296.25** | **$1,782,413.44** | **$35,000.00** | **$35,000.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Charles A. Pisaturo, Jr. | 2100-000 | NA | $41,589.94 | $41,589.94 | $41,589.94 |
| Trustee, Expenses - Charles A. Pisaturo, Jr. | 2200-000 | NA | $2,730.51 | $2,730.51 | $2,730.51 |
| Attorney for Trustee Fees - Charles A. Pisaturo | 3110-000 | NA | $25,000.00 | $25,000.00 | $25,000.00 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $7,627.08 | $7,627.08 | $7,627.08 |
| Bank Service Fees - People's United Bank | 2600-000 | NA | -$340.75 | -$340.75 | -$340.75 |
| Bank Service Fees - People's United Bank | 2600-000 | NA | -$5.00 | -$5.00 | -$5.00 |
| Bank Service Fees - United Bank | 2600-000 | NA | $399.58 | $399.58 | $399.58 |
| Income Taxes - Internal Revenue Service (post-petition) - Rhode Island Division of Taxation | 2810-000 | NA | $400.00 | $400.00 | $400.00 |
| Other State or Local Taxes (post-petition) - Rhode Island Division of Taxation | 2820-000 | NA | $800.00 | $800.00 | $800.00 |
| Special Counsel for Trustee Fees - Lisa Kresge, Esq. | 3210-600 | NA | $62,458.50 | $62,458.50 | $62,458.50 |
| Special Counsel for Trustee Expenses - Lisa Kresge, Esq. | 3220-610 | NA | $1,528.23 | $1,528.23 | $1,528.23 |
| Accountant for Trustee Fees (Other Firm) - Verdolino & Lowey, P.C. | 3410-000 | NA | $38,709.00 | $38,709.00 | $38,709.00 |
| Accountant for Trustee Expenses (Other Firm) - Verdolino & Lowey, P.C. | 3420-000 | NA | $72.07 | $72.07 | $72.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$180,969.16** | **$180,969.16** | **$180,969.16** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Compensation - Robinson Cole | 6101-000 | NA | $2,267.64 | $2,267.64 | $2,267.64 |
| Attorney for Creditor's Committee Fees (Chapter 11) - Robinson Cole | 6700-140 | NA | $227,323.10 | $227,323.10 | $190,035.49 |
| Other Prior Chapter Administrative Expenses - Salesforce | 6990-000 | NA | $516,652.28 | $5,000.00 | $4,179.85 |
| Attorney for D-I-P Fees - Shechtman Halperin | 6210-160 | NA | $130,000.00 | $130,000.00 | $108,676.21 |
| Other Prior Chapter Administrative Expenses - Nice North America fka Nortek | 6990-000 | NA | $263,849.92 | $263,849.92 | $220,570.86 |
| Prior Chapter Other State or Local Taxes - Texas Workforce Commission | 6820-000 | NA | $1,074.80 | $1,074.80 | $898.50 |
| Prior Chapter Other State or Local Taxes - State of New Jersey | 6820-000 | NA | $8,176.32 | $7,366.79 | $6,158.42 |
| Other Prior Chapter Administrative Expenses - Financial Force.com, Inc. | 6990-000 | NA | $64,696.49 | $5,000.00 | $4,179.85 |
| Other Prior Chapter Administrative Expenses - Texas Comptroller of Public Accounts | 6990-000 | NA | $107,092.11 | $16,104.51 | $13,462.90 |
| Other Prior Chapter Administrative Expenses - U.S. Trustee Payment Center (ADMINISTRATIVE) | 6990-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$1,321,132.66** | **$657,986.76** | **$550,429.72** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rhode Island Division of Taxation | 5800-000 | NA | $400.00 | $400.00 | $400.00 |
| 16P | South Carolina Dept. of Employ | 5800-000 | $0.00 | $1,683.25 | $1,683.25 | $0.00 |
| 17 | Texas Workforce Commission | 5800-000 | NA | $2,306.95 | $2,306.95 | $0.00 |
| 17 -2 | Texas Workforce Commission | 5800-000 | $0.00 | $2,306.95 | $2,306.95 | $0.00 |
| 20P | IRS | 5800-000 | NA | $3,804.63 | $3,804.63 | $0.00 |
| 20P-2 | IRS | 5800-000 | $0.00 | $3,804.63 | $3,804.63 | $0.00 |
| 22S | State of New Jersey | 5800-000 | $0.00 | $2,805.64 | $2,805.64 | $0.00 |
| 65P | Rhode Island Division of Taxation | 5800-000 | $0.00 | $551.79 | $551.79 | $0.00 |
| 66P | Rhode Island Division of Taxation | 5800-000 | $0.00 | $5.21 | $5.21 | $0.00 |
| 69 -2 | State of New Jersey | 5800-000 | $0.00 | $3,576.47 | $3,576.47 | $0.00 |
| 89 | Oregon Department of Revenue | 5800-000 | $0.00 | $194.64 | $194.64 | $0.00 |
| 90 | Wisconsin Department of Revenue | 5800-000 | $0.00 | $579.37 | $579.37 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$22,019.53** | **$22,019.53** | **$400.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CT Corporation | 7100-000 | $0.00 | $859.00 | $859.00 | $0.00 |
| 2 | CT Corporation | 7100-000 | $0.00 | $776.00 | $776.00 | $0.00 |
| 3 | CT Corporation | 7100-000 | $0.00 | $4,701.00 | $4,701.00 | $0.00 |
| 4 | BMW Financial Services NA, LLC | 7100-000 | NA | $5,405.43 | $5,405.43 | $0.00 |
| 4 -2 | BMW Financial Services NA, LLC | 7100-000 | $0.00 | $5,405.43 | $5,405.43 | $0.00 |
| 5 | BMW Financial Services NA, LLC | 7100-000 | NA | $8,735.97 | $8,735.97 | $0.00 |
| 5 -2 | BMW Financial Services NA, LLC | 7100-000 | $0.00 | $8,735.97 | $8,735.97 | $0.00 |
| 6 | American Express Travel Related Services Company, | 7100-000 | $0.00 | $63.55 | $63.55 | $0.00 |
| 7 | Venable LLP | 7100-000 | $0.00 | $414,598.55 | $414,598.55 | $0.00 |
| 8 | American Express Travel Related Services Company, | 7100-000 | $0.00 | $804,985.19 | $804,985.19 | $0.00 |
| 9 | American Express Travel Related Services Company, | 7100-000 | $0.00 | $16,986.57 | $16,986.57 | $0.00 |
| 10 | American Express Travel Related Services Company, | 7100-000 | $0.00 | $80.14 | $80.14 | $0.00 |
| 11 | BMW Financial Services NA, LLC | 7100-000 | NA | $2,277.35 | $2,277.35 | $0.00 |
| 11 -2 | BMW Financial Services NA, LLC | 7100-000 | $0.00 | $2,277.35 | $2,277.35 | $0.00 |
| 12 | BMW Financial Services NA, LLC | 7100-000 | NA | $3,031.60 | $3,031.60 | $0.00 |

| 12 -2 | BMW Financial Services NA, LLC | 7100-000 | $0.00 | $3,031.60 | $3,031.60 | $0.00 |
|---|---|---|---|---|---|---|
| 13 -2 | BMW Financial Services NA, LLC | 7100-000 | $0.00 | $31,498.91 | $31,498.91 | $0.00 |
| 13-3 | BMW Financial Services NA, LLC | 7100-000 | NA | $0.00 | $31,498.91 | $0.00 |
| 14 | FedEx Corporate Services, Inc. | 7100-000 | $0.00 | $21,803.72 | $21,803.72 | $0.00 |
| 16U | South Carolina Dept. of Employ | 7100-000 | $0.00 | $170.73 | $170.73 | $0.00 |
| 18 | Pitney Bowes Inc | 7100-000 | $0.00 | $1,319.66 | $1,319.66 | $0.00 |
| 19 | Euler Hermes N.A. Agent for Revimedia Inc. | 7100-000 | $0.00 | $30,251.00 | $30,251.00 | $0.00 |
| 20U | IRS | 7100-000 | NA | $56,984.88 | $56,984.88 | $0.00 |
| 20U-2 | IRS | 7100-000 | $0.00 | $56,984.88 | $56,984.88 | $0.00 |
| 21 | Transunion LLC | 7100-000 | $0.00 | $80,299.58 | $80,299.58 | $0.00 |
| 22U | State of New Jersey | 7100-000 | $0.00 | $404.99 | $404.99 | $0.00 |
| 23 | Waste Management of RI - 4602 | 7100-000 | $0.00 | $552.68 | $552.68 | $0.00 |
| 24 | National Grid-Electricity 9012 | 7100-000 | $0.00 | $977.94 | $977.94 | $0.00 |
| 25 | BMW Financial Services | 7100-000 | NA | $8,879.09 | $8,879.09 | $0.00 |
| 25 -2 | BMW Financial Services | 7100-000 | $0.00 | $8,879.09 | $8,879.09 | $0.00 |
| 26 | WB Mason-5138 | 7100-000 | $0.00 | $8,078.37 | $8,078.37 | $0.00 |
| 27 | CORT Business Services | 7100-000 | $0.00 | $2,279.56 | $2,279.56 | $0.00 |
| 28 | Shane Meyers & Mill Stone Legal Group, LLC | 7100-000 | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| 29 | Royal Bank America Leasing, L.P. | 7100-000 | $0.00 | $155,805.78 | $155,805.78 | $0.00 |

| 30 | Bank of America, N.A. | 7100-000 | $0.00 | $164,357.23 | $164,357.23 | $0.00 |
| 31 | Commerce Bank | 7100-000 | $0.00 | $7,541.69 | $7,541.69 | $0.00 |
| 32 | Wells Fargo Vendor Financial Services, LLC | 7100-000 | $0.00 | $5,176.97 | $5,176.97 | $0.00 |
| 33 | Wells Fargo Vendor Financial Services, LLC | 7100-000 | $0.00 | $9,556.74 | $9,556.74 | $0.00 |
| 34 | Wells Fargo Vendor Financial Services, LLC | 7100-000 | $0.00 | $3,696.73 | $3,696.73 | $0.00 |
| 35 | Vincent Lucas | 7100-000 | $0.00 | $124,000.00 | $124,000.00 | $0.00 |
| 36 | Craig Cunningham | 7100-000 | $0.00 | $600,000.00 | $600,000.00 | $0.00 |
| 37 | Bryan Anthony Reo | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 38 | Spilman Thomas & Battle PLLC | 7100-000 | $0.00 | $317,187.93 | $317,187.93 | $0.00 |
| 39 | Wells Fargo Vendor Financial Services, LLC | 7100-000 | $0.00 | $8,916.12 | $8,916.12 | $0.00 |
| 40 | Wells Fargo Vendor Financial Services, LLC | 7100-000 | $0.00 | $2,170.22 | $2,170.22 | $0.00 |
| 41 | Wells Fargo Vendor Financial Services, LLC | 7100-000 | $0.00 | $3,381.42 | $3,381.42 | $0.00 |
| 42 | Wells Fargo Vendor Financial Services, LLC | 7100-000 | $0.00 | $3,777.47 | $3,777.47 | $0.00 |
| 43 | Wells Fargo Vendor Financial Services, LLC | 7100-000 | $0.00 | $68,632.75 | $68,632.75 | $0.00 |
| 43 | Wells Fargo Vendor Financial Services, LLC | 7100-000 | NA | $68,632.75 | $68,632.75 | $0.00 |
| 44 | Robert Doyle | 7100-000 | $0.00 | $19,500.00 | $19,500.00 | $0.00 |
| 45 | Robert Doyle as atty for pot. class claimaints | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| 46 | Blue Cross & Blue Shield of Rhode Island | 7100-000 | $0.00 | $35,918.82 | $35,918.82 | $0.00 |
|---|---|---|---|---|---|---|
| 47 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $17,502.70 | $17,502.70 | $0.00 |
| 48 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $17,314.22 | $0.00 | $0.00 |
| 49U | Nortek Security & Control LLC, dba Linear V | 7100-000 | $0.00 | $2,292,817.85 | $2,292,817.85 | $0.00 |
| 50 | Katherine Gibbs School of Providence, Inc. | 7100-000 | NA | $807,683.01 | $807,683.01 | $0.00 |
| 50 -3 | Katherine Gibbs School of Providence, Inc. | 7100-000 | $0.00 | $807,683.01 | $807,683.01 | $0.00 |
| 51 | Western Equipment Finance, Inc. | 7100-000 | NA | $66,212.65 | $0.00 | $0.00 |
| 51 -2 | Western Equipment Finance, Inc. | 7100-000 | $0.00 | $66,212.65 | $0.00 | $0.00 |
| 52 | Arrowtel | 7100-000 | $0.00 | $5,645.78 | $5,645.78 | $0.00 |
| 53U | Monitronics International, Inc. | 7100-000 | $0.00 | $34,843,130.64 | $34,843,130.64 | $0.00 |
| 54 | Everest Indemnity Insurance Company | 7100-000 | $0.00 | $2,113,381.79 | $2,113,381.79 | $0.00 |
| 55 | Joseph Russo | 7100-000 | $0.00 | $24,116.12 | $24,116.12 | $0.00 |
| 56 | First Mercury Insurance Company | 7100-000 | $0.00 | $2,280,983.26 | $2,280,983.26 | $0.00 |
| 57 | Liberty Mutual Insurance | 7200-000 | $0.00 | $72,137.45 | $72,137.45 | $0.00 |
| 58 | Tri-Ed Distibution Inc. | 7200-000 | $0.00 | $139,194.31 | $139,194.31 | $0.00 |
| 59 | Texas Workforce Commission | 7200-000 | $0.00 | $1,023.95 | $1,023.95 | $0.00 |
| 60 | Shred-It USA LLC | 7200-000 | $0.00 | $533.84 | $533.84 | $0.00 |
| 62U | State of New Jersey | 7200-000 | $0.00 | $39,161.98 | $39,161.98 | $0.00 |

| 63 -6 | Texas Workforce Commission | 7200-000 | $0.00 | $1,074.80 | $1,074.80 | $0.00 |
|---|---|---|---|---|---|---|
| 64U | PNC Equipment Finance, LLC | 7200-000 | NA | $5,125.27 | $5,125.27 | $0.00 |
| 64U-2 | PNC Equipment Finance, LLC | 7200-000 | $0.00 | $5,125.27 | $5,125.27 | $0.00 |
| 65U | Rhode Island Division of Taxation | 7200-000 | $0.00 | $2,965.05 | $2,965.05 | $0.00 |
| 66U | Rhode Island Division of Taxation | 7200-000 | $0.00 | $24.60 | $24.60 | $0.00 |
| 67 | Federal Trade Commission | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 67 -2 | Federal Trade Commission | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68 | 1596 N. Coast Highway 101 | 7200-000 | NA | $75,000.00 | $75,000.00 | $0.00 |
| 68 -2 | 1596 N. Coast Highway 101 | 7200-000 | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| 71 | Steve McKinney | 7200-000 | $0.00 | $2,160.00 | $2,160.00 | $0.00 |
| 72 | Ismael Tellez | 7200-000 | $0.00 | $9,350.00 | $9,350.00 | $0.00 |
| 73 | Kendrick Spencer | 7200-000 | $0.00 | $6,500.00 | $6,500.00 | $0.00 |
| 74 | Marcus Mack | 7200-000 | $0.00 | $5,120.00 | $5,120.00 | $0.00 |
| 75 | Darryl Israel | 7200-000 | $0.00 | $1,050.00 | $1,050.00 | $0.00 |
| 76 | Kelly Gibbs | 7200-000 | $0.00 | $420.00 | $420.00 | $0.00 |
| 77 | Jacob Fisher | 7200-000 | $0.00 | $5,840.00 | $5,840.00 | $0.00 |
| 78 | Aurelio Debernard | 7200-000 | $0.00 | $1,080.00 | $1,080.00 | $0.00 |
| 79 | Isai Tellez | 7200-000 | $0.00 | $8,700.00 | $8,700.00 | $0.00 |
| 80 | Derek Isola | 7200-000 | $0.00 | $10,600.00 | $10,600.00 | $0.00 |
| 81 | Joseph Fortin | 7200-000 | $0.00 | $11,800.00 | $11,800.00 | $0.00 |

| 82 | Enterprise Fleet Management, Inc. | 7200-000 | $0.00 | $2,748.86 | $2,748.86 | $0.00 |
|---|---|---|---|---|---|---|
| 83 | Enterprise FM Trust | 7200-000 | $0.00 | $61,878.79 | $61,878.79 | $0.00 |
| 84 | IRS | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 84 -2 | IRS | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| N/F | ADI | 7100-000 | $13,374.00 | NA | NA | NA |
| N/F | ADP LLC | 7100-000 | $435.14 | NA | NA | NA |
| N/F | ADP-Fees | 7100-000 | $256.86 | NA | NA | NA |
| N/F | Aflac | 7100-000 | $2,823.96 | NA | NA | NA |
| N/F | Alarm.com Inc. | 7100-000 | $79,654.23 | NA | NA | NA |
| N/F | All State Lock | 7100-000 | $162.50 | NA | NA | NA |
| N/F | American Express | 7100-000 | $925,378.00 | NA | NA | NA |
| N/F | Apple Inc. | 7100-000 | $3,496.11 | NA | NA | NA |
| N/F | Arrowtei | 7100-000 | $5,645.78 | NA | NA | NA |
| N/F | B&B Distributors | 7100-000 | $344.25 | NA | NA | NA |
| N/F | BMW Financial Services | 7100-000 | $1,029.76 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $141,452.00 | NA | NA | NA |
| N/F | Blue Cross & Blue Shield of RI | 7100-000 | $137,354.03 | NA | NA | NA |
| N/F | Budget Termite & Pest Control | 7100-000 | $830.00 | NA | NA | NA |
| N/F | CORT Business Services Corp. | 7100-000 | $3,260.03 | NA | NA | NA |
| N/F | CT Corporation | 7100-000 | $760.00 | NA | NA | NA |
| N/F | CT Corporation | 7100-000 | $159.00 | NA | NA | NA |

| N/F | Career Builder | 7100-000 | $15,334.86 | NA | NA | NA |
|-----|----------------|----------|------------|----|----|----|
| N/F | Career Education Corp | 7100-000 | $113,333.36 | NA | NA | NA |
| N/F | Cintas | 7100-000 | $765.36 | NA | NA | NA |
| N/F | Compliance Point | 7100-000 | $6,500.00 | NA | NA | NA |
| N/F | Contact Ctr. Compliance Corp. | 7100-000 | $3,650.00 | NA | NA | NA |
| N/F | Cox Communications | 7100-000 | $6,400.00 | NA | NA | NA |
| N/F | Datagenius Software Labs | 7100-000 | $60,726.00 | NA | NA | NA |
| N/F | Delta Dental | 7100-000 | $17,872.26 | NA | NA | NA |
| N/F | DiSanto Priest & CO. | 7100-000 | $41,525.00 | NA | NA | NA |
| N/F | Digital War Room | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Edist | 7100-000 | $229.82 | NA | NA | NA |
| N/F | Enterprise Fleet Management Tr | 7100-000 | $12,282.49 | NA | NA | NA |
| N/F | Equifax | 7100-000 | $2,714.63 | NA | NA | NA |
| N/F | Experian | 7100-000 | $185.20 | NA | NA | NA |
| N/F | FedEx-4323 | 7100-000 | $14,900.87 | NA | NA | NA |
| N/F | FedEx-6508 | 7100-000 | $16.93 | NA | NA | NA |
| N/F | FedEx-9426 | 7100-000 | $103.47 | NA | NA | NA |
| N/F | FedEx-9742 | 7100-000 | $602.35 | NA | NA | NA |
| N/F | Fedex | 7100-000 | $21,965.66 | NA | NA | NA |
| N/F | Fedex - 5273 | 7100-000 | $32,600.00 | NA | NA | NA |
| N/F | Five9- 5644 | 7100-000 | $323.55 | NA | NA | NA |
| N/F | Five9-5273 | 7100-000 | $46,298.18 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Fleenor Security Systems | 7100-000 | $11.10 | NA | NA | NA |
| N/F | GiHam & Smith, L.L.P | 7100-000 | $552.20 | NA | NA | NA |
| N/F | Goodwin Proctor | 7100-000 | $60,000.00 | NA | NA | NA |
| N/F | Granite Telecommunications | 7100-000 | $63,180.00 | NA | NA | NA |
| N/F | Greater Providence Chamber | 7100-000 | $825.00 | NA | NA | NA |
| N/F | Hubspot, Inc | 7100-000 | $15,300.00 | NA | NA | NA |
| N/F | IBM | 7100-000 | $0.00 | NA | NA | NA |
| N/F | IRS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | J&R Marketing | 7100-000 | $18,345.72 | NA | NA | NA |
| N/F | JAMS | 7100-000 | $3,529.36 | NA | NA | NA |
| N/F | JAMS INC | 7100-000 | $3,529.56 | NA | NA | NA |
| N/F | Jai Consulting Group, LLC | 7100-000 | $13,000.00 | NA | NA | NA |
| N/F | Langlois Wilkins Furtado & Met | 7100-000 | $15,037.50 | NA | NA | NA |
| N/F | LexisNexis | 7100-000 | $6,477.55 | NA | NA | NA |
| N/F | Liberty Mutual Insurance | 7100-000 | $74,608.74 | NA | NA | NA |
| N/F | Linear_V | 7100-000 | $2,533,594.35 | NA | NA | NA |
| N/F | Mazda capital Services- 2098 | 7100-000 | $32.10 | NA | NA | NA |
| N/F | Miami-Dade Police Department | 7100-000 | $50.00 | NA | NA | NA |
| N/F | Microsoft Corporation | 7100-000 | $2,143.02 | NA | NA | NA |
| N/F | Monitronics Funding LP | 7100-000 | $1,270,000.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | National Grid-Electricity 9012 | 7100-000 | $9,889.17 | NA | NA | NA |
| N/F | Nayax | 7100-000 | $59.94 | NA | NA | NA |
| N/F | Ocean State Mechanical Inc | 7100-000 | $495.00 | NA | NA | NA |
| N/F | Okta | 7100-000 | $5,407.28 | NA | NA | NA |
| N/F | Pay by Plate MA | 7100-000 | $28.85 | NA | NA | NA |
| N/F | Pitney Bowes-0595 | 7100-000 | $98.10 | NA | NA | NA |
| N/F | RIC Athletics Attn: George O'Connor | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Realtime Reporters | 7100-000 | $641.10 | NA | NA | NA |
| N/F | Rhode Island Div. of Taxation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ring Central, Inc. | 7100-000 | $23,370.23 | NA | NA | NA |
| N/F | SADA Systems | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | Safe Monitoring Technologies | 7100-000 | $21,179.00 | NA | NA | NA |
| N/F | Safe Security | 7100-000 | $233,235.79 | NA | NA | NA |
| N/F | Safeguard | 7100-000 | $12,740.29 | NA | NA | NA |
| N/F | Shred-It USA | 7100-000 | $669.14 | NA | NA | NA |
| N/F | Sir Speedy | 7100-000 | $112.35 | NA | NA | NA |
| N/F | South Carolina Dept, of Employ | 7100-000 | $1,635.04 | NA | NA | NA |
| N/F | Spillman Thomas & Battle | 7100-000 | $175,643.49 | NA | NA | NA |
| N/F | State of Maryland | 7100-000 | $30.00 | NA | NA | NA |
| N/F | State of New Jersey Div of Emp | 7100-000 | $1,441.98 | NA | NA | NA |
| N/F | Techforce | 7100-000 | $719.13 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Telecheck Services | 7100-000 | $277.56 | NA | NA | NA |
| N/F | TransUnion -0066 | 7100-000 | $104,628.63 | NA | NA | NA |
| N/F | TransUnion-3029 | 7100-000 | $60.00 | NA | NA | NA |
| N/F | TransUnion-5553 | 7100-000 | $1,711.98 | NA | NA | NA |
| N/F | Tri-Ed-7555 | 7100-000 | $14,000.00 | NA | NA | NA |
| N/F | Venable LLP | 7100-000 | $374,277.12 | NA | NA | NA |
| N/F | Veritext | 7100-000 | $2,140.75 | NA | NA | NA |
| N/F | Verizon Wireless-00001 | 7100-000 | $7,714.25 | NA | NA | NA |
| N/F | Versatile | 7100-000 | $263.00 | NA | NA | NA |
| N/F | WB Mason Furniture-9132 | 7100-000 | $1,267.46 | NA | NA | NA |
| N/F | WB Mason-5138 | 7100-000 | $7,691.31 | NA | NA | NA |
| N/F | Waste Management of RI - 4602 | 7100-000 | $781.52 | NA | NA | NA |
| N/F | Wells Fargo- 001 | 7100-000 | $1,394.64 | NA | NA | NA |
| N/F | Wells Fargo-003 | 7100-000 | $377.12 | NA | NA | NA |
| N/F | Wells Fargo-011 | 7100-000 | $221.46 | NA | NA | NA |
| N/F | West Palm Beach Police Dept. | 7100-000 | $25.00 | NA | NA | NA |
| N/F | Western Equipment Finance Inc. | 7100-000 | $139,940.00 | NA | NA | NA |
| N/F | Year Up, Inc. Attn: Acounts Receivable | 7100-000 | $15,700.00 | NA | NA | NA |
| N/F | ZeroChaos | 7100-000 | $2,228.02 | NA | NA | NA |
| N/F | ZipRecruiter | 7100-000 | $800.00 | NA | NA | NA |
| N/F | iHcartMcdia | 7100-000 | $6,924.00 | NA | NA | NA |

| | | | |
|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | **$6,968,781.54** | **$47,185,866.25** | **$47,067,625.64** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  17-11190

**Case Name:**  ALLIANCE SECURITY, INC.

**Trustee Name:**  (590100) Charles A. Pisaturo, Jr.

**Date Filed (f) or Converted (c):**  01/30/2020 (c)

**§ 341(a) Meeting Date:**  02/20/2020

**For Period Ending:**  06/02/2025

**Claims Bar Date:**  10/20/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | VOID<br>Imported from original petition Doc# 144 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | VOID<br>Imported from original petition Doc# 144 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | VOID<br>Imported from original petition Doc# 144 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | VOID<br>Imported from original petition Doc# 144 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | A/R 90 days old or less. Face amount = $1,900,00 | 1,900,000.00 | 0.00 | | 340.64 | FA |
| 6 | VOID<br>Imported from original petition Doc# 144 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 8 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Funds Turned Over in Converted Case (u) | 0.00 | Unknown | | 500,000.00 | FA |
| 10 | Refunds (u) | 0.00 | 0.00 | | 15,057.35 | FA |
| 11* | Adversary Proceeding vs Gotra, et al (u)<br>(See Footnote) | Unknown | 0.00 | | 250,000.00 | FA |
| 12 | Funds on Deposit (u) | 0.00 | 1.00 | | 567.42 | FA |
| **12** | **Assets Totals (Excluding unknown values)** | **$1,900,000.00** | **$1.00** | | **$765,965.41** | **$0.00** |

RE PROP# 11     Creditors Committee started AP against Insiders, alleging Fraudulent Transfers, etc. and Trustee inherited AP and is prosecuting it

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  17-11190

**Case Name:**   ALLIANCE SECURITY, INC.

**For Period Ending:**   06/02/2025

**Trustee Name:**   (590100) Charles A. Pisaturo, Jr.

**Date Filed (f) or Converted (c):**   01/30/2020 (c)

**§ 341(a) Meeting Date:**   02/20/2020

**Claims Bar Date:**   10/20/2017

**Major Activities Affecting Case Closing:**

2/2/2022 Trustee mediated pending AP.  Settlement pending.  Compromise motion projected in 30 days.

341 meeting on 6/10/2021 was held, but a continuation was needed. Continued to 6/22/2021 at 1:30 PM.

341 meeting on 5/18/2021 was not held. Continued to 5/25/2021 @ 1:30 PM.

341 meeting on 5/10/2021 was not held. Continued to 5/18/2021 @1:30 PM.

341 meeting on 2/25/2021 was not held. Continued to 5/10/2021 @ 1:30 PM.

January 1, 2021: Case was converted from Chapter 11 after debtor failed to file monthly operating statements. Trustee is prosecuting an adversary proceeding against insiders.

January 1, 2022:  Trustee and the defendants in the Adversary Proceeding (Jay Gotra, Brian Fabiano, Ricardo Diaz, Pramila Gotra, Power Home Technologies and Alliance Holdings) participated in federal mediation and, subject to BK Court approval, signed a settlement Term Sheet.  The Trustee is, as a condition of the potential settlement, reviewing the financial statements of the defendants and, if acceptable, will prepare a compromise motion and settlement agreement.

December 13, 2022.  Remaining Matters:  Trustee to finish claims objections.  Trustee plans to object to secured claim of Monitronics, ch 11 administrative claim of Monitronics, Administrative claims of Texas Taxing Authority, Salesforce, NJ Division of Taxation, Financial Force, and then review and object to pending Ch 11 Professional Fee Applications.  Once completed, case should be ready for Final Report

**Initial Projected Date Of Final Report (TFR):**

**Current Projected Date Of Final Report (TFR):**

06/02/2025

Date

/s/Charles A. Pisaturo, Jr.

Charles A. Pisaturo, Jr.

# Form 2

**Exhibit 9**

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-11190 | |
| **Case Name:** | ALLIANCE SECURITY, INC. | |
| **Taxpayer ID #:** | **-***5114 | |
| **For Period Ending:** | 06/02/2025 | |

| | |
|---|---|
| **Trustee Name:** | Charles A. Pisaturo, Jr. (590100) |
| **Bank Name:** | People's United Bank |
| **Account #:** | ********3183 Checking Account |
| **Blanket Bond (per case limit):** | $40,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/04/20 | {9} | James Atchison, Esq.  on behalf of Debtor | Cashier's Check given to Trustee, representing portion of DIP's sale proceeds from July 1, 2019 closing on sale of all assets. | 1290-010 | 100,000.00 | | 100,000.00 |
| 02/07/20 | {9} | Citizens Bank | Funds on deposit in post sale DIP Account | 1290-010 | 400,000.00 | | 500,000.00 |
| 03/31/20 | | United Bank | Bank and Technology Services Fee | 2600-000 | | 399.58 | 499,600.42 |
| 04/01/20 | | To Account # xxxxxx3183 | Transfer of funds due to partner bank servicer transition | 9999-000 | | 499,600.42 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 500,000.00 | 500,000.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 499,600.42 | |
| **Subtotal** | 500,000.00 | 399.58 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$500,000.00** | **$399.58** | |

## Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 17-11190 | | **Trustee Name:** | | Charles A. Pisaturo, Jr. (590100) | |
| **Case Name:** | ALLIANCE SECURITY, INC. | | **Bank Name:** | | People's United Bank | |
| **Taxpayer ID #:** | **-***5114 | | **Account #:** | | ******3183 Checking Account | |
| **For Period Ending:** | 06/02/2025 | | **Blanket Bond (per case limit):** | | $40,000,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/01/20 | | Transition Credit from United Bank Account xxxxxxxx3183 | Transition Credit from United Bank Account xxxxxxxx3183 | 9999-000 | 499,600.42 | | 499,600.42 |
| 04/11/20 | {5} | Comdata | Refund / Rebate | 1121-000 | 95.59 | | 499,696.01 |
| 05/04/20 | {5} | Marrise & Clarence Williams | Accounts Receivable or unknown | 1121-000 | 87.00 | | 499,783.01 |
| 05/14/20 | {5} | Paul Cooper | Accounts Receivable | 1121-000 | 42.99 | | 499,826.00 |
| 06/02/20 | | People's United Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -399.58 | 500,225.58 |
| 06/23/20 | {5} | Security Alarm Financing Enterprises LP | a/r | 1121-000 | 115.06 | | 500,340.64 |
| 07/31/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 500,335.64 |
| 08/31/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 500,330.64 |
| 09/30/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 500,325.64 |
| 10/06/20 | {10} | Navitas Credit Corp. | Security Deposit Return | 1229-000 | 584.79 | | 500,910.43 |
| 10/06/20 | {10} | IPFS Corporation | Refund Liability Insurance policy | 1229-000 | 12,955.58 | | 513,866.01 |
| 10/30/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 17.47 | 513,848.54 |
| 11/12/20 | {10} | Automatic Data Processing | Refund of overpayment of  payroll tax liabilities, | 1229-000 | 373.97 | | 514,222.51 |
| 11/30/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 21.36 | 514,201.15 |
| 02/12/21 | | RI General Treasurer's Office | Unclaimed Property Division Claim | 1290-000 | 833.47 | | 515,034.62 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 515,029.62 |
| 03/15/21 | 10101 | Rhode Island Division of Taxation | Extension Request for tax return for year ending12/31/2020 | 2810-000 | | 400.00 | 514,629.62 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 514,624.62 |
| 09/08/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | -10.00 | 514,634.62 |
| 09/14/21 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXX9553 | Transition Debit to Metropolitan Commercial Bank acct XXXXX9553 | 9999-000 | | 514,634.62 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **COLUMN TOTALS** | | | **514,688.87** | **514,688.87** | **$0.00** |
| | Less: Bank Transfers/CDs | | | 499,600.42 | 514,634.62 | |
| | **Subtotal** | | | **15,088.45** | **54.25** | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | **NET Receipts / Disbursements** | | | **$15,088.45** | **$54.25** | |

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 17-11190 | |
| Case Name: | ALLIANCE SECURITY, INC. | |
| Taxpayer ID #: | **-***5114 | |
| For Period Ending: | 06/02/2025 | |

| | |
|---|---|
| Trustee Name: | Charles A. Pisaturo, Jr. (590100) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******9553 Checking Account |
| Blanket Bond (per case limit): | $40,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/14/21 | | Transfer Credit from People's United Bank acct XXXXXX3183 | Transition Credit from People's United Bank acct XXXXXX3183 | 9999-000 | 514,634.62 | | 514,634.62 |
| 09/17/21 | {12} | Bank of America | Funds on deposit | 1290-000 | 567.42 | | 515,202.04 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 515,197.04 |
| 11/24/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -58.83 | 515,255.87 |
| 03/08/22 | 1000 | Rhode Island Division of Taxation | TIN 364545114  Form RI-7004 Ext | 5800-000 | | 400.00 | 514,855.87 |
| 06/28/22 | {11} | Indeglia Lutrario Attorneys at Law PLLC | Court Approved Settlement Payment of AP 19-1021 | 1241-000 | 250,000.00 | | 764,855.87 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 26.66 | 764,829.21 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 386.66 | 764,442.55 |
| 08/22/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -413.32 | 764,855.87 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 439.51 | 764,416.36 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 399.33 | 764,017.03 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 385.40 | 763,631.63 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 424.65 | 763,206.98 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 397.40 | 762,809.58 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 423.21 | 762,386.37 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 369.67 | 762,016.70 |
| 03/14/23 | 1001 | Rhode Island Division of Taxation | Extension | 2820-000 | | 400.00 | 761,616.70 |
| 03/23/23 | {10} | Commonwealth of PA Dept of Revenue | Corporate Tax Refund | 1224-000 | 1,143.01 | | 762,759.71 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 408.99 | 762,350.72 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 369.62 | 761,981.10 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 434.97 | 761,546.13 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 394.73 | 761,151.40 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 380.96 | 760,770.44 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 432.88 | 760,337.56 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 379.70 | 759,957.86 |
| 10/31/23 | | To Account #******7176 | Transfer of Funds into Escrow. Moni claims Security Interest - until settlement approved | 9999-000 | | 514,855.87 | 245,101.99 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 418.33 | 244,683.66 |

|  | Page Subtotals: | $766,345.05 | $521,661.39 |
|---|---|---|---|

## Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 17-11190 | Trustee Name: | Charles A. Pisaturo, Jr. (590100) |
|---|---|---|---|
| Case Name: | ALLIANCE SECURITY, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5114 | Account #: | ******9553 Checking Account |
| For Period Ending: | 06/02/2025 | Blanket Bond (per case limit): | $40,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/04/23 | 1002 | International Sureties, Ltd. | Bond Payments 2023 Voided on 01/16/2024 | 2300-000 | | 927.88 | 243,755.78 |
| 01/04/24 | 1003 | Lisa Kresge, Esq. | Court-Approved Final Fee Application | 3210-600 | | 62,458.50 | 181,297.28 |
| 01/04/24 | 1004 | Lisa Kresge, Esq. | Court-Approved Reimbursed Expenses | 3220-610 | | 1,528.23 | 179,769.05 |
| 01/16/24 | 1002 | International Sureties, Ltd. | Bond Payments 2023 Voided: check issued on 12/04/2023 | 2300-000 | | -927.88 | 180,696.93 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,215.27 | 179,481.66 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,025.54 | 178,456.12 |
| 03/04/24 | 1005 | Rhode Island Division of Taxation | Extension Form Bus-Ext  Est Tax | 2820-000 | | 400.00 | 178,056.12 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,014.25 | 177,041.87 |
| 04/03/24 | | To Account #******9553 | No further need for escrow | 9999-000 | 478,234.31 | | 655,276.18 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,117.19 | 654,158.99 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,080.43 | 653,078.56 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 974.26 | 652,104.30 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -6,426.94 | 658,531.24 |
| 12/11/24 | 1006 | Verdolino & Lowey, P.C. | Court Approved Compensation Order Doc 1253 | 3410-000 | | 38,709.00 | 619,822.24 |
| 12/11/24 | 1007 | Verdolino & Lowey, P.C. | Court Approved Expenses See Order, Doc No. 1253 | 3420-000 | | 72.07 | 619,750.17 |
| 12/23/24 | 1008 | Robinson & Cole, LLP | First & Final Distribution, See Order, Doc # 1257 | 6700-140 | | 190,035.49 | 429,714.68 |
| 12/23/24 | 1009 | Robinson & Cole, LLP | Expenses Distribut Order -Doc 1257 | 6101-000 | | 2,267.64 | 427,447.04 |
| 12/23/24 | 1010 | Shechtman Halperin & Savage, LLC | First & Final Distribution Per Order Doc 1257 | 6210-160 | | 108,676.21 | 318,770.83 |
| 12/23/24 | 1011 | Nice North America, LLC | First & Final Distribution Per Order (Doc 1257) | 6990-000 | | 220,570.86 | 98,199.97 |
| 12/23/24 | 1012 | Salesforce | Final Distribut Ch 11 Claim See Order Doc 1257 | 6990-000 | | 4,179.85 | 94,020.12 |
| 12/23/24 | 1013 | Financial Force.com, Inc. | Final Distribution ch 11 Claim See Order Doc 1257 Stopped on 05/07/2025 | 6990-000 | | 4,179.85 | 89,840.27 |
| 12/23/24 | 1014 | Texas Comptroller of Public Accounts | Final Distribution Ch 11 Claim Order Doc 1257 | 6990-000 | | 13,462.90 | 76,377.37 |
| 12/23/24 | 1015 | State of New Jersey | Final Distribution Ch 11 Claim See Order (Doc 1257) | 6820-000 | | 3,845.34 | 72,532.03 |
| 12/23/24 | 1016 | Texas Workforce Commission | Final Distribution Ch 11 Claim See Order (Doc 1257) | 6820-000 | | 898.50 | 71,633.53 |
| 12/23/24 | 1017 | State of New Jersey | Final Distribution Ch 11 Claim See Order (Doc 1257) | 6820-000 | | 2,313.08 | 69,320.45 |
| 12/23/24 | 1018 | Charles  A. Pisaturo, Jr. | Partial Trustee commission See Order 1257 | 2100-000 | | 15,000.00 | 54,320.45 |
| 12/23/24 | 1019 | Charles  A. Pisaturo, Jr. | Partial Distribution Expenses Per Order 1257 | 2200-000 | | 1,730.51 | 52,589.94 |

Page Subtotals: $478,234.31   $670,328.03

## Form 2

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 17-11190 | Trustee Name: | Charles A. Pisaturo, Jr. (590100) |
|---|---|---|---|
| Case Name: | ALLIANCE SECURITY, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5114 | Account #: | ******9553 Checking Account |
| For Period Ending: | 06/02/2025 | Blanket Bond (per case limit): | $40,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/12/25 | 1020 | Charles  A. Pisaturo, Jr. | Trustee Commission Final Dkt 1265 per Order Approving | 2100-000 | | 26,589.94 | 26,000.00 |
| 02/12/25 | 1021 | Charles  A. Pisaturo, Jr. | Trustee Expenses - Final Approved Dkt 1265 | 2200-000 | | 1,000.00 | 25,000.00 |
| 02/19/25 | 1022 | Charles A. Pisaturo Jr | Court Approved Trustee Counsel Fee (Dkt 1267) | 3110-000 | | 25,000.00 | 0.00 |
| 05/07/25 | 1013 | Financial Force.com, Inc. | Final Distribution ch 11 Claim See Order Doc 1257 Stopped: check issued on 12/23/2024 | 6990-000 | | -4,179.85 | 4,179.85 |
| 05/07/25 | 1023 | Certinia Inc. FKA Financial Force | Final Distribution ch 11 Claim See Order Doc 1257 | 6990-000 | | 4,179.85 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,244,579.36 | 1,244,579.36 | $0.00 |
| Less: Bank Transfers/CDs | 992,868.93 | 514,855.87 | |
| Subtotal | 251,710.43 | 729,723.49 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $251,710.43 | $729,723.49 | |

# Form 2

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 17-11190 | Trustee Name: | Charles A. Pisaturo, Jr. (590100) |
|---|---|---|---|
| Case Name: | ALLIANCE SECURITY, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5114 | Account #: | ******7176 Trustee Escrow Acct-Moni Claim |
| For Period Ending: | 06/02/2025 | Blanket Bond (per case limit): | $40,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/23 | | To Account #******7176 | Transfer of Funds into Escrow. Moni claims Security Interest - until settlement approved | 9999-000 | 514,855.87 | | 514,855.87 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 825.17 | 514,030.70 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 796.39 | 513,234.31 |
| 01/23/24 | 20001 | Monitronics International, Inc. | Court-Approved Settlement. Full & Final PMT of all claims | 4110-000 | | 35,000.00 | 478,234.31 |
| 04/03/24 | | To Account #******9553 | No further need for escrow | 9999-000 | | 478,234.31 | 0.00 |
| | | COLUMN TOTALS | | | 514,855.87 | 514,855.87 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 514,855.87 | 478,234.31 | |
| | | Subtotal | | | 0.00 | 36,621.56 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $36,621.56 | |

## Form 2

Exhibit 9
Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 17-11190 |
| **Case Name:** | ALLIANCE SECURITY, INC. |
| **Taxpayer ID #:** | **-***5114 |
| **For Period Ending:** | 06/02/2025 |

| | |
|---|---|
| **Trustee Name:** | Charles A. Pisaturo, Jr. (590100) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******7176 Trustee Escrow Acct-Moni Claim |
| **Blanket Bond (per case limit):** | $40,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $766,798.88 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $766,798.88 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ********3183 Checking Account | $500,000.00 | $399.58 | $0.00 |
| ******3183 Checking Account | $15,088.45 | $54.25 | $0.00 |
| ******9553 Checking Account | $251,710.43 | $729,723.49 | $0.00 |
| ******7176 Trustee Escrow Acct-Moni Claim | $0.00 | $36,621.56 | $0.00 |
| | $766,798.88 | $766,798.88 | $0.00 |

| | |
|---|---|
| 06/02/2025 | /s/Charles A. Pisaturo, Jr. |
| Date | Charles A. Pisaturo, Jr. |